IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. **2:06cr219-WKW** |
| ) | [18 USC 659] |
| PHILLIP FOY ) | |
| ) | INDICTMENT |

FILED
SEP - 7 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

The Grand Jury charges:

COUNT 1

On or about December 28, 2005, in the Middle District of Alabama, the defendant,

PHILLIP FOY,

did knowingly buy and receive stolen goods, having a value of more than $1,000, when such goods were stolen from a pipeline system, motortruck, and other vehicle, and from a storage facility and station carrying an interstate shipment of freight, in violation of Title 18, United States Code, Section 659.

A TRUE BILL:

/s/ Janice Davis Williams
Foreperson

/s/ Leura V. Canary
LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
Susan R. Redmond
Assistant United States Attorney