**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

**DATE:** 11-17-2006
**DIGITAL RECORDING:** 3:56-4:10 pm
4:11-4:16 pm

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB
DEPUTY CLERK: sql

CASE NO.: 2:06CR219-WKW
DEFT. NAME: Phillip FOY

USA: ~~Redmond~~ Snyder
ATTY: ~~Walker/Petersen~~ Keith
Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO
( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant ____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO ____ YES NAME: ____

| | | |
|---|---|---|
| ☑ kars. | Date of Arrest 11-17-06 or ☐ karsr40 | |
| ☑ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator | |
| ☑ kcnsl. | Deft. First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| ☑ | Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel | |
| ☑ kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| ☐ koappted | ORAL ORDER appointing Community Defender Organization - Notice to be filed. | |
| ☑ k20appt. | Panel Attorney Appointed; ☑ to be appointed (prepare voucher) | |
| ☐ | Deft. Advises he will retain counsel. Has retained ____ | |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's WRITTEN Motion for Detention Hrg. filed. | |
| ☐ kdmhrg. | Detention Hearing ☐ held; ☐ set for ____ | |
| ☐ kotempdtn. | ORDER OF TEMPORARY DETENTION PENDING HEARING entered | |
| ☐ kodtn. | ORDER OF DETENTION PENDING TRIAL entered | |
| ☑ kocondrls. | Release order entered. Deft. advised of conditions of release | |
| ☑ kbnd. | ☐ BOND EXECUTED (M/D AL charges) $ 25,000. Deft released (kloc LR) | |
| | ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered | |
| ☐ kloc.(LC) | Bond NOT executed. Deft to remain in Marshal's custody | |
| ☐ | Preliminary Hearing ☐ Set for ____ | |
| ☐ ko. | Deft. ORDERED REMOVED to originating district | |
| ☐ kwvprl. | Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury. | |
| ☑ karr. | ARRAIGNMENT SET FOR: ____ ☑ HELD. Plea of NOT GUILTY entered. | |
| | ☐ Set for ____ Trial Term; ☑ PRETRIAL CONFERENCE DATE: 12-18-06 | |
| | DISCOVERY DISCLOSURES DATE: 11-17-06 | |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |
| ☐ krmvhrg. | Identity/Removal Hearing set for ____ | |
| ☐ kwvspt | Waiver of Speedy Trial Act Rights Executed | |