IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  2:06-CR-0219-wkw |
| | ) |
| PHILLIP FOY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as Court-appointed Counsel representing Phillip Foy in the above-styled cause.

Respectfully submitted this 20th day of November, 2006.

> s/ Richard K. Keith
> **RICHARD K. KEITH (KEI003)**
> Attorney for Defendant
> **KEITH & DUBIN, P.C.**
> 22 Scott Street
> Montgomery, AL  36104-4012
> Telephone: (334) 264-6776
> Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Susan R. Redmond, AUSA
> Post Office Box 197
> Montgomery, AL 36101-0197

> s/ Richard K. Keith
> **OF COUNSEL**