IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06cr219-WKW |
| | ) | |
| PHILLIP FOY | ) | |

## ORDER

For good cause, it is

ORDERED that the pretrial conference currently set for 18 December 2006 before Chief United States Magistrate Judge Charles S. Coody is **RESET** to **18 December 2006 at 9:00 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before United States Magistrate Judge Wallace Capel, Jr.

All other deadlines shall remain as previously ordered.

DONE this 5th day of December, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE