IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-219-WKW |
| ) | |
| PHILLIP FOY ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE WALLACE CAPEL, JR., UNITED STATES MAGISTRATE JUDGE:

    Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Phillip Foy now in custody of Montgomery City Jail, Montgomery, Alabama, and that said cause is set for a hearing at Montgomery, Alabama, in this Honorable Court on December 18, 2006, at 1:00 p.m.

    WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Montgomery City Jail, Montgomery, Alabama, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on December 18, 2006, at 1:00 p.m.

    Respectfully submitted this the 18th of December, 2006.

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334.223.7280
    334.223.7135 fax
    susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-219-WKW |
| ) | |
| PHILLIP FOY ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard Keith.

                                                       LEURA GARRETT CANARY
                                                     UNITED STATES ATTORNEY

                                                     /s/ Susan R. Redmond
                                                   SUSAN R. REDMOND
                                                   Assistant United States Attorney
                                                   Post Office Box 197
                                                   Montgomery, Alabama 36101-0197
                                                   334.223.7280
                                                   334.223.7135 fax
                                                   susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-219-WKW |
| | ) | |
| PHILLIP FOY | ) | |

<u>O R D E R</u>

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed December 18, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Montgomery City Jail, Montgomery, Alabama, commanding it to deliver Phillip Foy to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on December 18, 2006, at 1:00 pm, and to return the prisoner to said official when the court shall have finished with him.

DONE this the _____ day of December, 2006.

_____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE