**MINUTES**
**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION**

**HON. WALLACE CAPEL, JR.**         AT    MONTGOMERY, ALABAMA

**DATE COMMENCED:**   12/18/06      AT

**DATE COMPLETED:**   12/18/06      AT    **Digital Recorded 9:13 - 9:14**

| | |
|---|---|
| USA | * |
|    Plaintiff | * |
| | * |
| | * |
| VS. | *    CASE NO.   2:06cr219-WKW |
| | * |
| PHILLIP FOY | * |
|    Defendant | * |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| | * | |
| Susan Redmond | | Richard Kelly Keith |
| | * | |

**COURT OFFICIALS PRESENT:**

COURTROOM DEPUTY: WANDA ROBINSON        COURT REPORTER:

( X) OTHER PROCEEDINGS:    ***STATUS CONFERENCE***

Court to enter an order resetting defendant's scheduled change of plea to 12/22/06 @ 9:00 a.m. due to defendant's incarceration with the City of Montgomery.