| | | | |
|---|---|---|---|
| COURTROOM DEPUTY MINUTES | DATE: 12/18/06 | | DIGITAL RECORDING: 1:34 - 1:54 |

MIDDLE DISTRICT OF ALABAMA     COURT REPORTER: Risa Entrekin

❏ ARRAIGNMENT     x CHANGE OF PLEA     ❏ CONSENT PLEA

❏ RULE 44(c) HEARING     ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *WALLACE CAPEL, JR.*     **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:06cr219-WKW*     **DEFENDANT NAME:** *Phillip Foy*

**AUSA:** *Susan R. Redmond*     **DEFENDANT ATTY:** *Richard Kelly Keith*

Type Counsel:     ( ) Waived;  ( ) Retained;  (X) Panel CJA;  ( ) CDO

**USPO:** *Jason Dillon*

De fendant _____ does ___x___ does NOT need and interpreter.

Interpreter present? __x__ NO _____ YES     Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❏ Not Guilty          ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x ❏ Guilty as to:

     X ❏ Count(s) ___1___ of the Felony Indictment.

     ❏ Count(s) _____ ❏ dismissed on oral motion of USA;

     ❏ to be dismissed at sentencing

— **ORAL ORDER ADJUDICATING GUILT as to COUNT**

X — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under **Modified Conditions** of bond to include electronic monitoring and proof of steps to resolve unpaid traffic tickets within 2 weeks.

❏ Trial on _____;  x- Sentencing   X- to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.

** Defendant released on house arrest until electronic monitoring installed**