IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-219-WKW |
| | ) | |
| PHILLIP FOY | ) | |

<u>UNOPPOSED MOTION TO CONTINUE SENTENCING</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for the Motion to Continue Sentencing, states as follows:

1. A Sentencing Hearing is presently set for March 20, 2007, at 9:00 a.m.

2. The Defendant is currently involved in an on-going investigation.

3. The parties believe that a continuance in the sentencing of this case is warranted and necessary at this time to allow resolution of the on-going investigation and to allow for the proper disposition of the above-styled case.

4. Richard Keith, attorney for defendant, has been contacted and joins in the request for a continuance in this case.

5. The defendant will not be harmed or unfairly prejudiced should sentencing be continued.

6. On information and belief, the Government requests that sentencing in this case not be re-set within the next two (2) months.

7. Should the parties be prepared earlier than May, 2007, to resume sentencing in this case, the Government will assume the responsibility of notifying the Court. Additionally, the Government will assume the responsibility of informing the Court of the parties efforts each month

until sentencing by filing a Notice with the Court.

Based on the facts stated above, the United States respectfully requests a continuance in the above-styled sentencing.

Respectfully submitted this 13th day of March, 2007.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, AL 36101-0197
    334.223.7280
    334.223.7135 f ax
    susan.redmond@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-219-WKW |
| | ) | |
| PHILLIP FOY | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Richard Keith, Esq.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov