IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-219-WKW |
| | ) | |
| PHILLIP FOY | ) | |

## **ORDER**

Before the court is the United States of America's Unopposed Motion to Continue Sentencing (Doc. # 29). It is ORDERED that the Motion is GRANTED and the Sentencing Hearing scheduled for March 20, 2007, at 9:00 a.m. is CONTINUED to **June 1, 2007, at 9:15 a.m.**

DONE this 15th day of March, 2007.

          /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE