IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:06-CR-0219-WKW |
| PHILLIP FOY, | ) |
| Defendant. | ) |

### MOTION TO CONTINUE JUNE 1, 2007 SENTENCING

COMES NOW, the defendant, Phillip Foy, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to continue the June 1, 2007 Sentencing Conference.

As grounds in support thereof, the following is stated:

1. Sentencing is set for June 1, 2007.

2. The defendant's cooperation is incomplete.

3. Assistant United States Attorney Susan Redmond has no objection to a continuance in this matter.

Respectfully submitted this 16th day of May, 2007.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4221
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Susan R. Redmond, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

                                              s/ Richard K. Keith
                                              **OF COUNSEL**