IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.      ) | CASE NO. 2:06-CR-219-WKW |
| ) | |
| PHILLIP FOY       ) | |

**ORDER**

Upon consideration of the government's Motion to Continue (Doc. # 34), it is ORDERED that the motion is GRANTED. The sentencing hearing is CONTINUED from August 1, 2007, to **November 1, 2007, at 2:00 p.m.**

DONE this 31st day of July, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE