**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:06-cr-219-WKW** |
| | ) | |
| **PHILLIP FOY** | ) | |

**ORDER**

The sentencing in the above-referenced case previously set for November 1, 2007 at 2:00

p.m. is now set for November 1, 2007 at **9:15 a.m.** in Courtroom 2-E of the Frank M. Johnson, Jr.

United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 29th day of October, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE